# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| WILLIAM J. MONROE, JR., | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. CV416-180<br>) |
| MARY HELEN MONROE a/k/a Mary Monroe-Whitcraft, | )<br>)<br>) |
| Defendant. | ) |

## O R D E R

The Court having reviewed and considered the petitions of William J. Sheppard and Alec N. Sedki of the law firm of James-Bates-Brannan-Groover-LLP, 3399 Peachtree Road, Suite 1700, Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of defendant Mary Helen Monroe a/k/a Mary Monroe-Whitcraft, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter William J. Sheppard and Alec N. Sedki as counsel of record for defendant Mary Helen Monroe a/k/a Mary Monroe-Whitcraft, in this case.

**SO ORDERED** this ___11th___ day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA